UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy Case |
| JEFFREY E. CRUMPTON, | ) | No. 15-30021-KLP |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING THE TIME TO FILE A**
**COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGE**

This matter comes before the Court on the Motion Pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure for an order extending to July 13, 2015 the time in which the Trustee, Bruce H. Matson, may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein.  It appearing that no objection was made timely to the requested extension, it is hereby:

ORDERED that the Trustee's Motion Pursuant to Rule 4004(b) is hereby granted; and it is further

ORDERED that the Trustee, Bruce H. Matson, has until July 13, 2015, to file a complaint pursuant to 11 U.S.C. § 727 objecting to the discharge of the Debtor.

The Clerk is directed to send copies of this Order upon entry to the undersigned counsel.

_____
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
 (804) 783-2003

    Trustee

Mar 9 2015

Entered this ___ day of _____, 20__.

.

          /s/ Keith L. Phillips
          UNITED STATES BANKRUPTCY JUDGE

I ask for this:

Entered on Docket: Mar 11 2015

/s/ Bruce H. Matson
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

    Trustee

## Local Rule 9022-1 (C) Certificate

Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing Order has been endorsed by or served upon all necessary parties.

/s/ Bruce H. Matson
Bruce H. Matson, Trustee

## Service List

Robert Van Arsdale
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219
    Assistant U.S. Trustee

Bruce W. White
7130 Glen Forest Drive
Suite 402
Richmond, Virginia 23226
    Counsel to the Debtor