UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy Case |
| JEFFREY E. CRUMPTON, | ) | No. 15-30021-KLP |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Address:   140 Wren Lane | ) | |
|                  Aylett, VA 23009 | ) | |
| | ) | |
| Last four digits of Social Security | ) | |
| No(s)., (if any): 1484 | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Bruce H. Matson., (the "Trustee"), has filed the Trustee's Motion to Sell Property of the Estate (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief requested in the Motion or if you want the Court to consider your view on the Motion, then within twenty-one (21) business days of the service of this motion, you or your attorney must:

[ x ]   File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court, and counsel for the Trustee, will **receive** it on or before twenty-one (21) business days after the service of this Notice.

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 East Broad Street - Suite 4000
> Richmond, VA 23219

---

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

   Trustee

You must also deliver a copy to:

>   Bruce H. Matson
>   LeClair Ryan, A Professional Corporation
>   Riverfront Plaza, East Tower
>   951 East Byrd Street
>   Richmond, VA 23218

[ X ]   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order(s) granting the relief requested.

>   BRUCE H. MATSON, TRUSTEE


>   /s/ Bruce H. Matson
>   Chapter 7 Trustee

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218
(804) 783-2003

>   Chapter 7 Trustee

16239616.1

2

CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of June, 2015, a true and correct copy of this Trustee's Notice of Motion to Sell Property of the Estate to all parties on the Service List and on the parties listed below by first-class mail, postage prepaid or electronic delivery.

       Robert B. Van Arsdale
       Office of the U.S. Trustee
       701 East Broad Street - Suite 4304
       Richmond, VA 23219
           Assistant U.S. Trustee

       Bruce W. White
       8550 Mayland Drive, Suite 206
       Richmond, VA 23294
           Counsel for Debtor

       John G. Chaplin, Jr.
       Chaplin & Qureshi, PLC
       4900 Dominion Boulevard, Suite A-1
       Glen Allen, VA 23060

       /s/ Bruce H. Matson
       Chapter 7 Trustee

Case 15-30021-KLP    Doc 28    Filed 06/19/15    Entered 06/19/15 13:08:01    Desc Main
Document      Page 4 of 4

| | |
|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One GM Card<br>P.O. Box 71107<br>Charlotte, NC 28272-1107 | Capital One Spark Visa<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | Chase Credit Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 |
| Citibank Mastercard<br>Processing Center<br>Des Moines, IA 50363-0001 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Internal Revenue Service<br>P.O. Box 27346<br>Philadelphia, PA 19118 | Jeffrey E Crumpton<br>140 Wren Lane<br>Aylett, VA 23009-2223 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | State of Virginia<br>Department of Taxation<br>P. O. Box 2156<br>Richmond, VA 23218-2156 |
| U.S. Bank Home Mortgage<br>4801 Frederica St.<br>Owensboro, KY 42301-7441 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |